IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERONIMO SAENZ FUENTES, JR.,  )<br>   )<br>   Petitioner,   )<br>   )<br>   v.   )<br>   )<br>UNITED STATES OF AMERICA,   )<br>DISTRICT COURT FOR EASTERN   )<br>DISTRICT OF CALIFORNIA,   )<br>   )<br>   Respondent.   )<br>_____ ) | CV F 04-6380 AWI<br>(CR F 98-5370 AWI)<br><br>ORDER DISMISSING<br>PETITION TO AMEND,<br>CORRECT OR SET ASIDE<br>SENTENCE AND ORDERING<br>CASE CLOSED<br><br>(28 U.S.C. § 2255) |

   Petitioner Jeronimo Saenz Fuentes, Jr. ("Petitioner") seeks relief under 28 U.S.C. section 2255 from the sentence of 87 months imposed on him by this court on April 10, 2000, following his conviction by plea agreement to one count of conspiracy to manufacture, distribute and possess methamphetamine for distribution.  On August 16, 2005, this court issued an order to show cause why the petition should not be dismissed as untimely filed.  Petitioner was ordered to file a response to the order to show cause not later than September 19, 2005.  No response has been filed as of the date of this order.  Therefore, the court will dismiss the petition for the reasons set forth in the order to show cause and will close the case.

   THEREFORE, for the reasons set forth in this court's order of August 16, 2005, directing Petitioner to show cause why the petition should not be dismissed as untimely, it is ORDERED

1 that the petition of Jeronimo Saenz Fuentes, Jr. to modify, correct or vacate his sentence pursuant
2 to 28 U.S.C. section 2255 is HEREBY DISMISSED.  The Clerk of the Court is ordered to
3 CLOSE case number 04cv6380 and case number 98cr5370 with respect to Jeronimo Saenz
4 Fuentes, Jr.

6 IT IS SO ORDERED.

7 **Dated:   November 2, 2005**                              **/s/ Anthony W. Ishii**
  0m8i78                                                         UNITED STATES DISTRICT JUDGE